## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

SHANE STROUD,

        Plaintiff,

    v.

SGT STRAWTHER, et al.,

        Defendants.

Case No. 3:26-cv-00012-SLG

### ORDER OF DISMISSAL

On January 29, 2026, the Court issued a Deficiency Order notifying self-represented prisoner Shane Stroud ("Plaintiff") that the above captioned case is deficient.[1] The Court notified Plaintiff that this case would be dismissed without further notice to Plaintiff if he failed to either pay the filing fee of $350.00 or file a completed and signed Prisoner Application to Waive Prepayment of the Filing Fee on District of Alaska Form PS10 with an attached statement from Plaintiff's prisoner trust account within 30 days of the date of the Deficiency Order.[2] The Deficiency Order also informed Plaintiff that failure to keep a current address on file with the Court may result in dismissal of this case without further notice to Plaintiff.[3]

To date, Plaintiff has not responded or otherwise contacted the Court. A

---

[1] Docket 5.

[2] Docket 5 at 3.

[3] Docket 5 at 4.

search of Alaska's automated inmate information and notification service produced no results for Plaintiff, suggesting he has been released from the physical custody of the Alaska Department of Corrections ("DOC").[4] But the Deficiency Order has not been returned to the Court as undeliverable, and over a month has passed since Plaintiff missed his deadline. Therefore, this case must be DISMISSED.

**IT IS THEREFORE ORDERED:**

1.      This case is **DISMISSED**.

2.      All pending motions are **DENIED as moot**.

3.      The Clerk shall issue a final judgment and close this case.

DATED this 24th day of March 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE

---

[4] Information regarding inmates in the custody of the Alaska Department of Corrections, such as an inmate's current location and tentative release date, is available through the Victim Information and Notification Everyday ("VINE") service at www.vinelink.com.

Case No. 3:26-cv-00012-SLG, *Stroud v. Strawther, et al.*
Order of Dismissal
Page 2 of 2
Case 3:26-cv-00012-SLG      Document 6      Filed 03/24/26      Page 2 of 2